HICKEY & CO., RESPONDENT, *v.* KAUFMAN ET AL., APPELLANTS.

(No. 2,253.)

(Submitted April 7, 1906. Decided April 9, 1906.)

*Appeal—Briefs—Specifications of Error.*

1. Where appellant's brief contains no specification of errors, as required by the Supreme Court, Rule X (30 Mont. xxxviii, 82 Pac. ix), the judgment will be affirmed.

*Appeal from District Court, Silver Bow County; J. B. McClernan, Judge.*

ACTION by T. F. Hickey & Co. against Jake Kaufman and others. From a judgment for plaintiff, and from an order denying a new trial, defendants appeal. Affirmed.

*Mr. C. M. Parr,* for Appellants.

*Messrs. Mackel & Meyer,* for Respondent.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

The defendants appealed to this court from a judgment, and from an order of the district court denying them a new trial.

Appellants' brief does not contain any specification of errors relied upon, as required by Rule X of the Rules of this court (30 Mont. xxxviii, 82 Pac. ix). Upon the authority of the following cases the judgment and order are affirmed: (*Cole* v. *Ryan,* 24 Mont. 122, 60 Pac. 991; *Rehberg* v. *Greiser,* 24 Mont. 487, 62 Pac. 820; *Casey* v. *Thieviege,* 27 Mont. 516, 71 Pac. 755; *Larkin* v. *Butte & Boston C. M. Co.,* 28 Mont. 41, 72 Pac. 304.

*Affirmed.*

MR. CHIEF JUSTICE BRANTLY concurs.

MR. JUSTICE MILBURN, not having heard the argument, takes no part in the foregoing decision.